UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-80238-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHANE KLESHINSKI,

    Defendant.
_____/

**EMERGENCY UNOPPOSED MOTION
TO MODIFY TERMS OF PRE-TRIAL RELEASE**

Defendant by and through undersigned counsel hereby files this Motion to modify the Terms of Pre-Trial Release and in support states the following:

1. Defendant, SHANE KLESHINSKI was arraigned yesterday, on January 16, 2013, upon a voluntary surrender, and was released upon signing a $75,000 personal surety bond.

2. Among other terms of release, the defendant must maintain employment and his daily travel is restricted to the Southern District of Florida

3. The defendant is employed as a painter for Onintu Construction Company, of Boca Raton, Florida. Following his arraignment and release from court it was learned that his employer has construction projects throughout the State of Florida to which the defendant may be assigned to work. In fact, as of today, the defendant has been assigned to work on a project in Venice, Florida. He is to work there from Saturday, January 19, 2013 through

Tuesday, January 22, 2013.  Had counsel been aware of these geographical job requirements at the arraignment, this issue would have been raised then.

4. It is respectfully requested that the pre-trial travel restriction be expanded to cover the entire state of Florida.

5. Counsel has informed AUSA Adrienne Rabinowitz of the foregoing geographical work requirements, and the defendant's pre-trial services Officer Ken Goldberg, both of whom do not oppose his request to modify the terms of his pre-trial release.

WHEREFORE, Defendant respectfully requests this court grant the Defendant's Unopposed Motion to modify the terms of his pre-trial release to allow routine work related travel to all of Florida.

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    */s/ Robert S. Franklin*
Robert S. Franklin, Esq.
RF-0870
ROBERT S. FRANKLIN, P.A.
2560 RCA Blvd., Suite 111
Palm Beach Gardens, FL 33410
(561) 775-7000
(561) 775-7851 fax