UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80238-CR-Ryskamp/Hopkins

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHANE KLESHINSKI,

        Defendant.
_____/

FILED by ___ D.C.
JAN 18 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

THIS CAUSE is before the Court upon Defendant Shane Kleshinski's Emergency Unopposed Motion to Modify Terms of Pre-Trial Release [DE 2]. On January 16, 2013, the undersigned ordered that Defendant be released upon a $75,000 personal surety bond. In addition to the standard bond conditions, the Court also imposed a number of special conditions of bond as to Defendant.

Among the bond conditions is a requirement restricting Defendant's travel to the Southern District of Florida unless he first obtains written permission from the Court. Defendant now asks the Court to extend his travel restrictions to cover the entire state of Florida as his employer has construction projects throughout the state, and Defendant may be asked to work in different locations. In fact, Defendant is required by his employer to work at a painting job in Venice, Florida, from January 19, 2013, through January 22, 2013. According to the Motion, neither the Government nor Defendant's pre-trial services officer object to the request. It appearing proper and in the interests of justice, it is hereby

1

**ORDERED** that the Defendant's Emergency Unopposed Motion to Modify Terms of Pre-Trial Release [DE 2] is **GRANTED**. The personal surety bond is hereby amended to extend Defendant's travel to the entire state of Florida. Defendant is permitted to travel to Venice, Florida, as requested. Additionally, since Defendant is now permitted to travel anywhere within the state of Florida, he does not hereafter need to file a motion to travel for any travel within the state of Florida.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 18th day of January, 2013.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE