# CRIMINAL COURT MINUTES
## U.S. Magistrate Judge William Matthewman

Page: 1

Courtroom Number # 2        Date: JANUARY 16, 2013    Time: 10:00 am

Defendant: Shane M. Kleshinski (Surr.)    J#: ____    Case #: 12-80238-CR-Ryskamp/Hopkins

AUSA: Adrienne Rabinowitz ✓    Attorney: ROBERT FRANKLYN (CJA)

Violation: 18: 1349    Agent: Paul Wackes – S/A – FBI

Proceeding: INITIAL HEARING / BOND HEARING + ARRAIGNMENT    CJA Appt: ____

Bond/PTD Held: ● Yes  ○ No    Recommended Bond: Govt rec.: $75,000 PSB

Bond Set at: $75,000 PSB    Co-signed by: ____

FILED by ___ D.C.
JAN 16 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – WPB

- [x] All standard conditions
- [x] ~~Surrender~~ and/or do not obtain passport/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services and/or treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses — NO EMPLOYMENT IN TELEMARKETING OR SOLICITATION
- [x] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel ~~extended~~ RESTRICTED to: SDFL
- [ ] Other: ____

Language: ENGLISH

Disposition: DEFENDANT SWORN, ADVISED OF CHARGES, POSSIBLE MAXIMUM PENALTIES AND RIGHTS. DEFENDANT QUESTIONED RE APPOINTMENT OF COUNSEL. THE COURT FINDS THAT DEFENDANT QUALIFIES. ROBERT FRANKLYN RE APPOINTED AS CJA COUNSEL. BOND HEARING HELD. GOVERNMENT RECOMMENDS A $75,000 PSB. DEFENDANT PROFFER. BOND SET. ARRAIGNMENT HELD. WAIVER OF INDICTMENT EXPLAINED TO DEFT – FORM EXECUTED + SIGNED. Reading of indictment Waived. Not Guilty plea entered. ~~Jury trial demanded~~ Standing Discovery Order requested / ISSUED

NEXT COURT APPEARANCE    Date: ___    Time: ___    Judge: ___    Place: ___

Report RE Counsel: ____
PTD/Bond Hearing: ____
Prelim/Arraign or Removal: ____
Status Conference RE: DISC 2/15/2013 10AM DUTY MAG JUDGE WPB

D.A.R. 11:44:10    Time in Court: 11:44 – 12:05 PM (INITIAL – 6 MINS / BOND – 8 MINS / ARR – 7 MINS)

Courtroom Deputy: Kenneth J. Zuniga