# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80238-CR-RYSKAMP

UNITED STATES OF AMERICA

        Plaintiff,

v.

SHANE M. KLESHINSKI,

        Defendant.

_____/

FILED by _____ D.C.

JAN 16 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON INITIAL APPEARANCE

AUSA ADRIENNE RABINOWITZ    Language ENGLISH

Agent _____    DAR: 11:44:10

The above-named defendant having been arrested on **SURRENDERED** 1/16/2013 ,having appeared before the court for initial appearance **on** 1 16 2013 and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____

2. ROBERT J. FRANKLIN _____ appointed as permanent counsel of record.
   Address: 823 NORTH OLIVE AVENUE, WEST PALM BEACH FL
   Zip Code: 33401 Telephone: (561) 833-6288

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on
   _____, 2013.

4. ~~Preliminary~~/Arraignment/~~Removal/Identity~~ hearing is set for 10am  HELD , 2013.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f)
   because _____
   A **detention hearing**, pursuant to 18 U.S.C. Section 3142(f), is set for 10am _____, 2013.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond,
   pursuant to 18 U.S.C. Section 3142:
   $ 75,000 PSB _____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in
addition, the defendant must comply with the special conditions checked below:
DO NOT OBTAIN

X a. ~~Surrender~~ all passports and travel document to the Pretrial Services Office.

X b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;
   other: AS DIRECTED _____

___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
   prohibited by law.

X d. Maintain or actively seek full time gainful employment.

X e. Maintain or begin an educational program. *or*

___ f. Avoid all contact with victims of or witnesses to the crimes charged.

X g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

___ h. Comply with the following curfew: _____

___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

X j. Comply with the following additional special conditions of this bond:

NO EMPLOYMENT IN TELEMARKETING OR SOLICITATION
TRAVEL RESTRICTED TO SDFL

This bond was set: At Arrest _____

On Warrant _____

After Hearing ___X___

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth therein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at West Palm Beach, FL this 16 day of JANUARY, 2013.

*William Matthewman*

**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defense Counsel
   Pretrial Services/Probation