AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 12-80238-CR-KLR-KAMP |
| SHANE M. KLESHINSKI | ) |
| | ) |
| Defendant | ) |

FILED by _____ D.C.

JAN 1 6 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**WAIVER OF AN INDICTMENT**

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/16/13

_____
Defendant's signature

_____
Signature of defendant's attorney

Robert Franklin, Esq.
Printed name of defendant's attorney

_____
Judge's signature

WILLIAM MATTHEWMAN
United States Magistrate Judge
Judge's printed name and title