UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-80238-CR-RYSKAMP

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

SHANE M. KLESHINSKI,
        Defendant.
_____/


FILED by ___ D.C.
JAN 16 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **U.S. Magistrate Judge WILLIAM MATTHEWMAN** on 1/16/2013 when the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:
    Jail No.: _____
    Language: ENGLISH
    Address: SEE APPEARANCE BOND
    Tel. No: _____

Defense Counsel:
    Name: ROBERT FRANKLIN
    Address: 823 NORTH OLIVE AVENUE
    WEST PALM BEACH, FL 33401
    Tel. No: (561) 805-7140

Bond Set/Continued: $75,000 PSB (WM)

Dated this 16 day of JANUARY, 2013.

STEVEN M. LARIMORE, CLERK
BY _____
    Deputy Clerk