```
                                                      FILED by _____ D.C.

         UNITED STATES DISTRICT COURT                  JAN 18 2013
         SOUTHERN DISTRICT OF FLORIDA
                                                       STEVEN M. LARIMORE
                                                       CLERK U.S. DIST. CT
              REPORT COMMENCING CRIMINAL ACTION        S.D. OF FLA. - W.P.B.
```

UNITED STATES OF AMERICA    CASE # **12-80238CR RYSKAMP**

VS

**SHANE KLESHINSKI**    PRISONER # **02476-104**

***

TO: CLERK'S OFFICE, UNITED STATES DISTRICT COURT:    (CIRCLE ONE)

MIAMI    FT. LAUDERDALE    (WEST PALM BEACH)    FT. PIERCE

***

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: **01-16-2013**

2) LANGUAGE(S) SPOKEN: **ENGLISH**

3) OFFENSE (S) CHARGED: **18 USC 1349**

4) U.S. CITIZEN   [✓] YES   [ ] NO   [ ] UNKNOWN

5) DATE OF BIRTH: **1978**

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT
   [✓] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: **S/FL**

   COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ] YES   [✓] NO

7) AMOUNT OF BOND: _____    WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: **PAUL WACKES**    DATE: **01-16-2013**

9) AGENCY: **FBI**    PHONE: _____