**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 12-80238-CR-RYSKAMP/HOPKINS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| SHANE KLESHINSKI, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.  1.  The Government is aware of two recorded statements by the defendant made on 3/8/11 and 3/10/11. Copies of these recorded conversations have been provided to counsel for the defendant. Written sales sheets prepared by the defendant were provided to counsel for the defendant. The Government is not aware of any additional written statements made by the defendant.

2.  An interview report containing the substance of an oral statement made by the defendant on April 29, 2012 to law enforcement officers was provided to counsel for the defendant.

3.  There was no grand jury presentation in this matter.

4.  The Government has provided an NCIC report to counsel for the defendant.

5.  Copies of books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or which were obtained or belong to the defendant are available for inspection and copying. Please contact the undersigned Assistant United States Attorney to set-up an appointment to inspect and copy the evidence.

The Government has sent counsel for the defendant copies of the following discovery materials:

– International Resort Solutions (IRS) spreadsheets of defendant's sales

       – TMI spreadsheets listing checks to defendant from 4 BOA accounts
       – IRS lead/call sheets for defendant
       – IRS checks payable to defendant from Wachovia and TD accounts
       – TMI lead/call sheets for defendant
       – CD #11 containing recorded conversations with defendant on 3/8/11
       – CD #12 containing recorded conversations with defendant on 3/10/11
       – CD containing assorted TMI business records

6.      The Government is not aware of any physical or mental examinations or scientific tests or experiments having been conducted in connection with this case.

B.      DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.      The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D.      The Government has entered into cooperation agreements with several co-conspirators and will provide counsel for the defendant with all evidence of payments, promises of immunity, leniency, preferential treatment or other inducements made to these prospective government witnesses.

E.      The Government will provide the NCIC reports, if any, for all Government witnesses upon receipt.

F.      The defendant was not identified in any lineup, show up, photo spread or similar identification proceeding.

G.      The government will advise the agents and officers involved in this case to preserve all rough notes.

H.      You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

I.      The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.          There was no grand jury presentation in this case.

K.          There was no contraband involved in this case.

L.          There were no vehicles, vessels or aircraft utilized in the commission of the instant offense.

M.          The Government has not recovered any latent fingerprints or palm prints in this case.

N.          The Government has not retained any experts in this case.

O.          The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial.  These stipulations will be discussed at the discovery conference.

P.          The government will seek written stipulations to agreed facts in this case between the parties.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate date, and place of the offense was from in or about July 2009 through February  2010, in Palm Beach Counties, and elsewhere.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   s/Adrienne Rabinowitz
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.  833754
500 South Australian Avenue
West Palm Beach, FL 33401
Tel: 561.820.8711; Fax: 561-659-4526

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 25, 2013, the undersigned electronically filed the

foregoing document, Government's Response to Standing Discovery Order, with the Clerk of the

Court using CM/ECF.


<u>s/Adrienne Rabinowitz</u>
ADRIENNE RABINOWITZ
ASSISTANT UNITED STATES ATTORNEY

**<u>SERVICE LIST</u>**
**UNITED STATES v. Shane Kleshinski**
**Case No.  12-80238-CR-RYSKAMP/HOPKINS**
**United States District Court, Southern District of Florida**

Robert Franklin, Esq.
Rfranklinlaw@gmail.com
2560 RCA Boulevard, Suite 111
Palm Beach Gardens, Florida 33410
Telephone: 561-775-7000
Facsimile: 561-775-7851
Attorney for Defendant Shane Kleshinski
[Service via CM/ECF]