UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80238 CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Shane Kleshinski

        Defendant,
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the change of plea hearing in this case is hereby set for February 28, 2013 1:30 PM before the Honorable Kenneth L. Ryskamp, United States District Judge, at 701 Clematis Street, Courtroom 1, Fourth Floor, West Palm Beach, Florida.

Dated this __28__ day of January, 2013.

                                    **KENNETH L. RYSKAMP**
                                    **UNITED STATES DISTRICT JUDGE**
                                    **/s/ Katie Brophy**_____
                                    **By: COURTROOM DEPUTY**

cc:    counsel of record
        U.S. Probation and Pretrial