UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80238 CR Ryskamp

UNITED STATES OF AMERICA
Plaintiff,

NOTICE OF SENTENCING

vs.

Shane Kleshinski

Defendant
_____/

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the **Honorable Kenneth L. Ryskamp**, United States District Judge, **YOU ARE HEREBY ORDERED** to appear in the United States District Court for the Southern District of Florida on April 25, 2013 1:30pm for imposition of sentence. On that date, report to:

701 Clematis Street, West Palm Beach, Florida 33401        Courtroom No.: 1

where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146).

**IT IS FURTHER ORDERED** that a Presentence Investigation and Report (PSI) to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT IMMEDIATELY TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTIONS. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

**IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall immediately provide the U.S. Probation Department with the necessary information to prepare the Prosecution version of the Presentence Report.

STEVEN M. LARIMORE
COURT ADMINISTRATOR•CLERK OF COURT

By: Katie Brophy
Deputy Clerk

DATE: 2/28/13

COUNSEL FOR DEFENDANT: Robert Steven Franklin

DEFENDANT: Shane Kleshinski

[X] GUILTY PLEA        [ ] BOND                TO COUNTS: _____
[ ] TRIAL              [ ] FEDERAL CUSTODY     OF TOTAL COUNTS: _____
                       [ ] STATE CUSTODY
                       [ ] U.S.M. CUSTODY      AUSA: Adrienne Rabinowitz, AUSA

cc: U.S. Attorney
    U.S. Marshal
    U.S. Probation Office
    Defense Counsel
    Defendant