UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-80238-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHANE KLESHINSKI,

    Defendant.
_____/

## DEFENDANT'S MOTION FOR A DOWNWARD DEPARTURE

Defendant, SHANE KLESHINSKI ("KLESHINSKI") through undersigned counsel, pursuant to 18 U.S.C. § 3553(a) requests this Court to depart downward from the advisory sentencing guidelines in this case.

## FACTUAL BACKGROUND

In July of 2009 Michael Franzenburg ("Franzenburg") set up International Resort Solutions LLC ("IRS") ostensibly as a timeshare marketing and sales business but in actuality it was a "scam" operation. Franzenburg enlisted co-conspirators to set up additional boiler rooms which were staffed by managers who supervised telemarketers who would cold call time share owners. Shane Kleshinski was hired as one of these telemarketers for IRS in October, 2009. He did not initially appreciate the fraudulent nature of the work, but after learning of it he continued to work there through November. During his employment he

1

contacted approximately 48 timeshare owners who paid approximately $140,000 to IRS. Shane Kleshinski earned $29,535 for his telemarketing on behalf of IRS.

Franzenburg, other upper level participants and supervisors have been charged in previous prosecutions with their crimes and have been sentenced in previous related cases.

Upon being approached by federal authorities who were following up on these previous prosecutions, Shane Kleshinski readily admitted his involvement in the conspiracy and cooperated fully.

## VARIANCE UNDER 18 U.S.C. § 3553(a)

The primary directive in Section 3553(a) is for sentencing courts to "impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph 2."

### History and Characteristics of the Defendant

Shane Kleshinski was one of five children of an alcoholic father who routinely physically and psychologically abused his mother and all of his children. While his mother was pregnant with Shane, his father threw her down a flight of stairs with such violence and force that Shane was born with two broken legs, requiring him to wear leg braces as an infant. Shane and his siblings grew up poor with only the bare necessities being provided.

Shane Kleshinski attended school in Warren, Ohio and was diagnosed with a learning disability when he reached second grade. He was then placed in "special education" classes which were designed for disabled and handicapped children. It is unknown whether his IQ was ever tested. He attended alternate schools until the tenth grade at which point he was

receiving failing grades and left formal education.  He has subsequently worked towards his GED but has not yet achieved it.

Shane Kleshinski is able to read and has gained employment in construction and painting.  His present employer, Jeremiah Kaplan of Onintu Construction has described him as "an excellent worker, who is very dependable and reliable."

Shane Kleshinski has lived with Stephanie Hinkle for the last six years.  She is the Mother of their two children, Robert, age 3 and Bryan, age one.  Robert has been diagnosed with autism and spectrum disorder, described as a pervasive development disorder.  He has uncontrollable temper tantrums, speech difficulties, delayed motor skills and emotional disorders with anxiety and depression.  Bryan has a seizure disorder which has been diagnosed as isoimmunication hypoglycemia and is receiving Phenobarbitol.  As a result, Stephanie is a stay at home mother and Shane is the sole support for the family.

From approximately 2004 Shane Kleshinski had worked for American Building Systems, a remodeling company until he was laid off during the construction downturn in 2009.  At that time Stephanie was pregnant with their first son Robert,  Shane was unable to find work in construction and he went to work for IRS as a telemarketer, as previously described.

A letter from a co-worker and friend at American Building Systems, Tony Cunningham, (Exhibit "A") herein, describes Shane as follows,

"At work, Shane is outstanding with his can do attitude, willingness to start early, stay late, and go the extra mile.  From my own contact with him at his home I have observed him to be a great father and devoted family man.  He is always doing his best to provide for and nurture Bryan, Robert and Stephanie.  I believe that is why, when he was laid off and was unable to find work in the construction field he resorted to taking a phone sales job that turned out to be the reason he is having to go to court now."

3

Shane Kleshinski has overcome the abusive circumstances of his childhood as well as his educational and intellectual shortcomings to become a devoted father, hard worker and consistent provider for his family.  As a result of a Guidelines calculation of level 16 with no criminal history points Shane Kleshinski has an advisory guidelines sentence of 21 -27 months.  While the collateral consequences of a defendant's conviction are not generally an important factor in sentencing, here, the impact of a substantial incarceration upon his family would be devastating.

 If Shane Kleshinski is incarcerated his family would be forced to move to Ohio to live with Shane's sister.  A move out of state would take the young children away from the doctors who have treated them from birth, depriving them of the continuity of care.  In Florida, the children have received specialized counseling services at school to deal with the special needs as well as regular home visits by a social worker to help with the limitations and developmental delays associated with their diagnosed conditions.  A preliminary investigation of the services available in Ohio indicates that the same level of services would not be available for the children.

Shane Kleshinski respectfully requests this Court to depart downward from the advisory guidelines and fashion a sentence for him taking into account his criminal conduct, his personal history and current family circumstances.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is

being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         ___/s/_Robert S. Franklin_____
                                         Robert S. Franklin, Esq.
                                         RF-0870
                                         ROBERT S. FRANKLIN, P.A.
                                         2560 RCA Blvd., Suite 111
                                         Palm Beach Gardens, FL 33410
                                         (561) 775-7000
                                         (561) 775-7851 fax