TONY CUNNINGHAM
8957 S.E. Hobe Ridge Road
Hobe Sound, FL 33455

Honorable Judge Kenneth Ryskamp
United States District Court
West Palm Beach, Florida

Dear Judge Ryskamp:

My name is Tony Cunningham, I am a foreman for Dale Construction. I am a friend of Shane Kleshlinski, and I reside in Hobe Sound, Florida. I am writing this letter to you because Shane Keshlinski is going to be sentenced by you.

I have known Shane since 2003 when he was painting and working for the same company as me, American Building Systems. During the time I have known Shane he went from work acquaintance, to fishing buddy, and then to become one of my closest and dearest friends.

At work, Shane is outstanding with his can do attitude, willingness to start early, stay late, and go the extra mile. From my own contact with him at his home I have observed him to be a great father and devoted family man. He is always doing his best to provide for and nurture Bryan, Robert, and Stephanie. I believe that is why, when he was laid off and was unable to find work in the construction field he resorted to taking a phone sales job that turned out to be the reason he is having to go to court now.

He is now back in the construction field, and is loved and needed by his family friends and co-workers. I ask that you please take this into consideration before sentencing my best friend, and family man Shane. Thank you.

Sincerely,

*Tony Cunningham*